John F. Weinheimer, Respondent, v. Elizabeth K. Hutzler, Appellant; Murdock G. Mann et al., Defendants, and Albert A. Fisher, Surviving Partner of Martin Fisher & Sons, Respondent. (Two Actions.)

(Argued November 30, 1932; decided December 16, 1932.)

*Frank Gibbons* for appellant.

*Vincent T. Ray* for John F. Weinheimer, respondent.

*Alger A. Williams* and *James E. Owens* for Albert A. Fisher, respondent.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and HUBBS, JJ. Dissenting: LEHMAN and KELLOGG, JJ. Not sitting: CROUCH, J.